Opinion filed May 31, 2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00353-CV

                                                    __________

 

               IN THE
INTEREST OF A.J.J. AND M.N.J., CHILDREN



 

                                   On
Appeal from the 106th District Court

 

                                                            Gaines
County, Texas

 

                                                Trial Court
Cause No. 11-04-16213

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Nicolas
Juarez is the appellant in this appeal.  He has filed a
motion to dismiss the appeal pursuant to Tex.
R. App. P. 42.1(a)(1).  In the motion, appellant states that he “no
longer wishes to appeal.”   Therefore, in accordance with appellant’s request, we
dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                                PER
CURIAM

 

May 31, 2012

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.